**DISMISS; and Opinion Filed July 21, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00663-CV

**COLLIN PORTERFIELD, Appellant**
**V.**
**CENLAR FSB, MORGAN STANLEY PRIVATE BANK NA, F/K/A MORGAN STANLEY CREDIT CORPORATION, BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-00651-C**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Justice Brown

The clerk's record in this case is overdue. By letter dated June 12, 2014, we informed appellant that the Dallas County Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, the clerk's record has not been filed, appellant has not provided the required documentation, nor has he otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


/Ada Brown/
_____
ADA BROWN
JUSTICE

140663F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

COLLIN PORTERFIELD, Appellant

No. 05-14-00663-CV          V.

CENLAR FSB, MORGAN STANLEY
PRIVATE BANK NA, F/K/A MORGAN
STANLEY CREDIT CORPORATION,
BARRETT DAFFIN FRAPPIER TURNER
& ENGEL, LLP, Appellees

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-12-00651-C.
Opinion delivered by Justice Brown.  Chief
Justice Wright and Justice Lang-Miers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees CENLAR FSB, MORGAN STANLEY PRIVATE
BANK NA, F/K/A MORGAN STANLEY CREDIT CORPORATION, BARRETT DAFFIN
FRAPPIER TURNER & ENGEL, LLP recover their costs of this appeal from appellant COLLIN
PORTERFIELD.

Judgment entered this 21st day of July, 2014.